IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CORREY HALL and<br>JIMMY HALL, JR., | *<br><br>* |
| Plaintiffs, | Case No. 1:22-CV-105 (LAG) |
| v. | * |
| FRANKLINS SPRING CREEK ORD, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 25, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiffs shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 25th day of January, 2023.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk